# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 9, 2002

Mr Joe N Tubbs
Louisiana Department of Public Safety & Corrections
David Wade Corr Center/Forcht-Wade
#68556
7990 Caddo Drive
Keithville, LA 71047

      No. 00-30566  In Re: Tubbs
      USDC No.

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/15/02
BY _____

     I enclose our receipt # 060934 verifying payment of sanctions issued by this court on 5/19/00. By copy of this letter, I also advise the district court that the sanction has been satisfied.


                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                         By:  _____
                              Melissa Courseault, Deputy Clerk
                              504-310-7701

Enclosure
cc:  Mr Robert H Shemwell, Clerk

MISC-12

```
[docket  ]                        CIVIL/CRIMINAL                        [sdktcs  ]
2. Select Case


Docket #    :   :   -  -
Short Title:                         v.
Type:           Judge:                         Magistrate:
-------------------------------------------------------------------------------
             party name              Alias         case number  file date
-------------------------------------------------------------------------------
--  1. Tubbs, Joe Nathan                           5-01-cv-01703 08/22/01
--  2. Tubbs, Joe Nathan                           5-00-mc-00002 01/03/00
--  3. Tubbs, Joe Nathan                           5-00-cv-00560 03/13/00
--  4. Tubbs, Joe Nathan                           5-97-mc-01316 06/03/97
--  5. Tubbs, Joe Nathan                           5-96-cv-01953 08/19/96
--  6. Tubbs, Joe Nathan                           5-89-cv-01658 07/24/89
--  7. Tubbs, Joe Nathan                           5-87-cv-01316 06/24/87
--  8. Tubbs, Joe Nathan                           5-85-cv-01146 04/22/85
--  9. Tubbs, Joe Nathan                           5-92-cv-00341 02/25/92

[A]cpt, [S]lct, [E]vry, [C]lr, [N]x [P]v, [Q]uit
total: 9         selected: 0          current: 1

              1 Sess-1     156.124.30.221                        1 23/55
```