C

5:00mc0002

It is for these reasons that the cases re-ferred to herein should be stricken and the final rulings and orders set aside providing the plaintiff/petitioner opportunity to file a new or independant action under 28 U.S.C. 2254 and 42 U.S.C. 1983, providing relief from the judgments made therein

2-11-04

Curtis E. Dill
Camp-D-Falcon-3
La State Pen
Angola, La.

FILED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 3 2004

ROBERT H. SHEMWELL, CLERK
BY _____ cm _____
       DEPUTY

Motion denied. Mag. is troke Kirk not involved with 95-1988. Kirk rendered no final judgment. He did file reports + recommendations. The judgments were entered by the undersigned judge. Motion denied as to all cases cited by mover.

Alexandria, LA
3 March 04

_____
Judge

cc: file
C.A. 5th Cir.

COPY SENT:
DATE: 3-4-04
BY: cm
TO: Dillon (by hand)

89

see orig order in 1:95cv1988
doc #24

3.