# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

———————————

No. 13-31146

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

January 7, 2014

Lyle W. Cayce
Clerk

In re:  JOSEPH WALKER, JR.,

    Movant

———————————

Authorization to file Successive Habeas Corpus Petition

———————————

CLERK'S OFFICE:

Authorization to file a successive habeas corpus petition is denied for failure to comply with this Court's notice of November 19, 2013.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
        Deputy

New Orleans, Louisiana

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 07, 2014

U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   SHREVEPORT

JAN 0 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

No. 13-31146   In re: Joseph Walker, Jr.
USDC No. 6:13-CV-2507

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
    Mr. Joseph Walker, Jr.