# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-31250                    12-cv-2356 SECP

In re: RUFUS J. HENRY,

       Movant

Authorization to file Successive Habeas Corpus Petition

CLERK'S OFFICE:

Authorization to file a successive habeas corpus petition is denied for failure to comply with this Court's notice of January 21, 2014.

                     LYLE W. CAYCE
                     Clerk of the United States Court
                     of Appeals for the Fifth Circuit

                     *Sabrina B. Short*
                     By: _____
                     Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: *Sabrina B. Short*
       Deputy
New Orleans, Louisiana  JAN 2 1 2014

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 7 2014

TONY R. MOORE, CLERK
BY_____
           DEPUTY

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 21, 2014

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

**No. 13-31250   In re: Rufus Henry**

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sabrina B. Short, Deputy Clerk
504-310-7817

cc w/encl:
  Mr. Rufus J. Henry